# Court of Appeals
# of the State of Georgia

ATLANTA,___May 02, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1496.  REONARD CHILDRESS v. RASHEENA CHILDRESS.**

Reonard Childress appealed to this Court from a final judgment and decree of divorce. Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_05/02/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*